FRANNY A. FORSMAN
Federal Public Defender
State Bar No. 000014
MONIQUE N. KIRTLEY
Assistant Federal Public Defender
411 E. Bonneville Avenue, Suite 250
Las Vegas, Nevada 89101
(702) 388-6577
(Fax) 388-6261

Attorneys for Steven Edward Stegall

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>STEVEN EDWARD STEGALL,<br><br>Defendant. | 2:08-cr-299-RCJ-GWF<br><br>**MOTION TO WITHDRAW DEFENDANT'S SECOND REQUEST FOR EXTENSION OF DATE FOR SELF-SURRENDER(CR 37).** |

COMES NOW the defendant, STEVEN EDWARD STEGALL, by and through his counsel of record, Franny A. Forsman, Federal Public Defender, and Monique Kirtley, Assistant Federal Public Defender, and files this Motion to Withdraw Defendant's Second Request for Extension of Date for Self-Surrender (CR 37). This pleading is based upon the attached Memorandum of Points and Authorities and all of the papers and pleadings on file herein.

DATED this 30th day of April, 2010.

FRANNY A. FORSMAN
Federal Public Defender

/s/ Monique Kirtley

MONIQUE KIRTLEY
Assistant Federal Public Defender

## POINTS AND AUTHORITIES

### I. STATEMENT OF FACTS

On April 29, 2010 defense counsel filed Defendant's Second Request for Extension of Date for Self-Surrender (CR 37) in the instant case. Undersigned Counsel was notified this morning by Assistant United States Attorney Amber Craig that today Mr. Stegall has been designated. He has been designated to Terminal Island, California. Mr. Stegall, through counsel of record, Monique Kirtley hereby respectfully request that this Court, withdraw his Second Request for Extension of Date for Self-Surrender (CR 37).

DATED this 30th day of April, 2010.

Respectfully submitted,

FRANNY A. FORSMAN
Federal Public Defender

*/s/ Monique Kirtley*
By: _____
MONIQUE KIRTLEY
Assistant Federal Public Defender
Counsel for Steven Stegall

ORDER
IT IS SO ORDERED
DATED: THIS 6th day of May, 2010.

_____
ROBERT C. JONES

2

## CERTIFICATE OF ELECTRONIC SERVICE

The undersigned hereby certifies that she is an employee of the Law Offices of the Federal Public Defender for the District of Nevada and is a person of such age and discretion as to be competent to serve papers.

That on April 30, 2010, she served an electronic copy of the above and foregoing **Motion To Withdraw Defendant's Second Request for Extension of Date for Self-Surrender (CR 37)**, by electronic service (ECF) to the person named below:

> DANIEL G. BOGDEN
> United States Attorney
> AMBER CRAIG
> Assistant United States Attorney
> 333 Las Vegas Blvd. So., 5th Floor
> Las Vegas, Nevada 89101

*/s/ Blanca Lenzi*
_____
Employee of the Federal Public Defender

O:\TRIAL UNIT\MNK\1MNK-CLOSED CASES\Stegall, Steven E\PLEADINGS\Motion to Withdraw Second Request for Extention of Time.wpd

3